Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
Attorney for Plaintiff SUE ANN ROSS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE ANN ROSS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WELLS FARGO BANK, N.A., FIRST AMERICAN TITLE INSURANCE COMPANY, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, WELLS FARGO HOME MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, and DOES 2-50, Inclusive,<br><br>　　　　Defendants. | Case No.  2:09-cv-319-WBS-EFB<br><br>[~~PROPOSED~~] ORDER APPROVING REQUEST FOR TELEPHONIC APPEARANCE AT HEARING ON MOTION TO DISMISS AMENDED COMPLAINT<br><br>DATE: **May 11, 2009**<br>TIME: **2:00 p.m.**<br>DEPT: **5**<br>JUDGE: **HON. WILLIAM B. SHUBB** |

This matter having come before the court on May 5, 2009 by request from Plaintiff's counsel, the court hereby APPROVES the request for telephonic appearance for Jonathan G. Stein.

Dated: May 5, 2009

　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:  May 5, 2009　　　　　Law Offices of Jonathan G. Stein

　　　　　　　　　　　　/s/ Jonathan G. Stein

　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　JONATHAN G. STEIN
　　　　　　　　　　　　　　Attorney for Plaintiff SUE ANN ROSS