Glenn H. Wechsler, State Bar No. 118456
Lawrence D. Harris, State Bar No. 153350
LAW OFFICES OF GLENN H. WECHSLER
1655 N. Main Street, Suite 230
Walnut Creek, California 94596
Telephone: (925) 274-0200
Email: *larry@glennwechsler.com*

Attorneys for Defendants
FIRST AMERICAN LOANSTAR TRUSTEE SERVICES
and FIRST AMERICAN TITLE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE ANN ROSS, | CASE NO. 09-CV-00319-WBS-EFB |
| Plaintiff, | Assigned to: Hon. William B. Shubb |
| vs. | **[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT HEARING ON MOTION TO DISMISS** |
| WELLS FARGO BANK, N. A., et al., | |
| Defendants | |
| | Action Filed: December 26, 2008 |
| | Date: May 11, 2009<br>Time: 2:00 p.m.<br>Dept: 5<br>Trial: None |

The Court, having reviewed the Request for Telephonic Appearance at Hearing on Motion to Dismiss filed by counsel for Defendants FIRST AMERICAN LOANSTAR TRUSTEE SERVICES and FIRST AMERICAN TITLE INSURANCE COMPANY ("Defendants"), and good cause appearing therefor, hereby orders as follows:

///

///

///

| | |
|---|---|
| 1 | **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants may appear telephonically at the hearing on their Motion to Dismiss, currently set to be heard on May 11, 2009 at 2:00 p.m. in Dept. 5 of the above-entitled Court, by and through their counsel, Lawrence D. Harris. |

DATED: May 5, 2009

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

E:\Larry\Loanstar\Ross\Order.Telephonic Appearance.doc