1 Jonathan G. Stein, SBN 224609
Law Offices of Jonathan G. Stein
2 5050 Laguna Blvd, Suite 112-325
Elk Grove, CA 95758
3 Attorney for Plaintiff SUE ANN ROSS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| SUE ANN ROSS, | Case No. 2:09-cv-319-WBS-EFB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE THIRD AMENDED COMPLAINT** |
| v. | |
| WELLS FARGO BANK, N.A., FIRST AMERICAN TITLE INSURANCE COMPANY, FIRST AMERICAN LOANSTAR TRUSTEE SERVICES, WELLS FARGO HOME MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC, and DOES 2-50, Inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 15 and Local Rule 15-220, plaintiff Sue Ann Ross ("Plaintiff") and defendants Wells Fargo Home Mortgage, Inc., a division of Wells Fargo Bank, N.A. ("Wells Fargo") (collectively "the Parties"), by and through their respective counsel, have met and conferred concerning certain claims and allegations in the Second Amended Complaint.

Wherefore, the Parties stipulate and agree that good cause exists for Plaintiff to file the attached Third Amended Complaint ("TAC"). It is further stipulated that Wells Fargo will file and serve its response to the TAC 30 days after entry of this Order.

This stipulation is without prejudice to the rights, claims, defenses and arguments of all parties.

Dated: July 1, 2009        Law Offices of Jonathan G. Stein

/s/ Jonathan G. Stein

By _____
JONATHAN G. STEIN
Attorney for Plaintiff SUE ANN ROSS

Dated: July 1, 2009          Severson & Werson

By __/S/*Joshua E. Whitehair*_____
JOSHUA E. WHITEHAIR
Attorney for Defendant WELLS FARGO

Pursuant to the stipulation and good cause appearing, IT IS SO ORDERED.

DATED: July 1, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2009 I have electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

    Mr. Joshua Whitehair
    Severson & Werson
    One Embarcadero Center, Suite 2600
    San Francisco, CA 94111

_____                              /s/ Jonathan G. Stein
Jonathan G. Stein                          Signature of sending party